**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2697**

---

MUHAMMAD WALIYULLAH KARIM ABDUL QADIR,

Plaintiff - Appellant,

versus

EVERETTE TAYLOR,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-95-920-19BC)

---

Submitted:  January 11, 1996        Decided:  January 23, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Muhammad Waliyullah Karim Abdul, Appellant Pro Se.  Andrew Foster McLeod, GRIGGS, SPRUILL & HARRIS, Cheraw, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order accepting the magistrate judge's recommendation and denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Qadir v. Taylor, No. CA-95-920-19BC (D.S.C. Aug. 21, 1995). We deny Appellant's motion for a protective order and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED